# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0837

VERSUS

TONJUE VIGNES                                      **DECEMBER 4, 2024**

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          0405-F-2024.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

                              **EW**
                              **SMM**

    **Greene, J.,** would issue an interim order.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT